■ JULIE L. GARDNER, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 119681.) [23 NYS3d 923]—Appeal from an order of the Court of Claims (Nicholas V. Midey, Jr., J.), entered July 30, 2014. The order, insofar as appealed from, denied in part the motion of defendant for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Carni, Lindley and DeJoseph, JJ.